**Order entered July 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00179-CV

### ERICA CORNELIUS, Appellant

### V.

### SHAWN PHIPPS, Appellee

### On Appeal from the County Court at Law No. 7
### Collin County, Texas
### Trial Court Cause No. 007-00117-2016

## ORDER

The reporter's record in this case has not been filed. By order dated April 13, 2016, we informed appellant the court reporter had notified us that the reporter's record had not been filed because appellant had not requested the record. We ordered appellant to provide the Court with written verification she had requested the record. We cautioned appellant that failure to provide the required documentation within ten days might result in the appeal being ordered submitted without the reporter's record. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the reporter's record.

Therefore, we **ORDER** this appeal submitted without a reporter's record. Appellant's

brief is due **THIRTY DAYS** from the date of this order.


/s/      CRAIG STODDART
JUSTICE